UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANAYELL NIETO ROJAS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 4:16-cv-00284-BLW<br>4:09-cr-00154-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order accompanying this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that

1. Petitioner's Amended Motion to Vacate/Set Aside/Correct Sentence pursuant to 28 U.S.C. § 2255 (Civ. Dkt. 13; Crim. Dkt. 186) is **DENIED**.

2. Petitioner's Request for Appointment of Counsel (Civ. Dkt. 2) is **DENIED** as moot.

3. This case is **DISMISSED**. The Clerk shall close this case.

DATED: May 3, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge

JUDGMENT - 1