UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANAYELL NIETO-ROJAS,<br><br>Defendant. | Civ. Case No. 4:16-cv-00284-E-BLW<br>Crim. Case No. 4:09-cr-00154-E-BLW<br><br>MEMORANDUM DECISION AND ORDER |

**ORDER**

This case has been remanded to the Court from the United States Court of Appeals for the Ninth Circuit "for the limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended, for a period not to exceed 30 days from the expiration of the time prescribed by Rule 4(b), upon a finding of excusable neglect or good cause. *See* Fed. R. App. P. 4(b)(4); *United States v. Stolarz*, 547 F.2d 108 (9th Cir. 1976)."

This Court's Memorandum Decision and Order issued on November 29, 2018. Ms. Nieto-Rojas filed her appeal fifteen days later on December 14, 2018. As such, Ms. Nieto-Rojas's appeal was filed one day late. Pursuant to Federal Rule of Appellate Procedure 4(b), the Court may "extend the time to file a notice of appeal for a period not to exceed 30 days" if Ms. Nieto-Rojas can demonstrate that the delay was the result of excusable neglect or good cause.

**Accordingly,**

1. Ms. Nieto-Rojas will have 21 days from the date this Order issues to brief the Court and file any supporting materials establishing good cause or excusable neglect.

2. The Clerk of the Court is ordered to serve a copy of this Order on Ms. Nieto-Rojas at the following address: Reg. No. 10964-023, FCI Aliceville, Federal Correctional Institution, P.O. Box 4000, Aliceville, AL 35442.

DATED: January 29, 2019

B. Lynn Winmill
United States District Judge