UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANAYELL NIETO-ROJAS,<br><br>Defendant. | Civ. Case No. 4:16-cv-00284-E-BLW<br>Crim. Case No. 4:09-cr-00154-E-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

**ORDER**

This case has been remanded to the Court from the United States Court of Appeals for the Ninth Circuit "for the limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended, for a period not to exceed 30 days from the expiration of the time prescribed by Rule 4(b), upon a finding of excusable neglect or good cause. *See* Fed. R. App. P. 4(b)(4); *United States v. Stolarz*, 547 F.2d 108 (9th Cir. 1976)."

Ms. Nieto-Rojas subsequently filed a Response aimed at establishing good cause or excusable neglect. Dkt. 203. After reviewing Ms. Nieto-Rojas's materials, and in light of the fact that Ms. Nieto-Rojas was just one day late in filing her appeal her notice of appeal, the Court concludes that good cause exists to excuse Ms. Nieto-Rojas's delay.

**IT IS ORDERED:**

1. Pursuant to the Ninth Circuit's remand instructions, the Court finds that good cause exists to excuse Ms. Nieto-Rojas's delay.

2. The Clerk of the Court will forward this order to the Office of the Clerk for the United States Court of Appeals for the Ninth Circuit.

DATED: April 12, 2019

B. Lynn Winmill
United States District Judge